IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:05 CR 00582 |
| | ) | |
| PLAINTIFF | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| VS. | ) | |
| | ) | |
| DANIEL JOSIC | ) | PETITION OF NATHANIEL JOSIC, |
| | ) | BOYAN JOSIC, PHILIP JOSIC AND |
| DEFENDANT | ) | DORIEL JOSIC ( §21 U.S.C. 853(N)) |
| | ) | |

Now come Nathaniel Josic, Boyan Josic, Philip Josic and Doriel Josic who file with this Court pursuant to 21 U.S.C. §853(n) their Petition with this Court setting forth their interest in the subject real property.

The Petitioners state that they have an interest in the subject real property, 1874 Marloes Avenue, East Cleveland, Ohio, as mortgagees pursuant to a mortgage deed recorded on May 15, 2007 with the Cuyahoga County Recorder, Instrument No. 200705250641. A copy of the recorded mortgage is attached hereto as Exhibit "A". The mortgage secures a debt of $174,200.00 owed to the mortgagees for services and funds provided to improve the subject property. This debt further accrues interest thereon at 10% per annum from April 30, 2007.

Petitioners therefore request that this Court find that the Petitioners have a valid, enforceable interest in the real property as a mortgagees securing a debt of $174,200.00 plus accrued interest at 10% per annum from April 30, 2007 and that upon sale of the property that they be paid $174,200.00 plus accrued interest from the proceeds of the sale.

Respectfully submitted,

/s/ Timothy P. Assaf
TIMOTHY P. ASSAF        0021138
Attorney for Petitioners
230 White Pond Drive, Suite A
Akron, Ohio 44313
Telephone: (330) 864-5916
Facsimile : (330) 869-0651

We declare under penalty of perjury that the information provided in this Petition is true and correct.

_____  _____
NATHANIEL JOSIC, Petitioner       BOYAN JOSIC, Petitioner

_____  _____
PHILIP JOSIC, Petitioner          DORIEL JOSIC, Petitioner

### CERTIFICATE OF SERVICE

A copy of the foregoing Petition has been served upon James L. Morford, Assistant U.S. Attorney, 400 United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113 and to the Office of the United States Attorney, Attn: Asset Forfeiture Section, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113 on this 15th day of February, 2008.

/s/ Timothy P. Assaf
**TIMOTHY P. ASSAF**          0021138

2