UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>DANIEL JOSIC,<br><br>   Defendant. | ) CASE NO. 1:05CR582<br>)<br>)<br>) JUDGE CHRISTOPHER BOYKO<br>)<br>)<br>)<br>)<br>)  ORDER ADOPTING<br>)  REPORT AND RECOMMENDATION<br>)  OF MAGISTRATE JUDGE |

  This Court, having reviewed the Report and Recommendation (Doc.#150) of Magistrate Judge Baughman regarding the Government's Motion to Dismiss Third Party (Doc.# 134), and Motion for Forfeiture of Property (Doc. #136), having no objection from the Defendant, and having conducted a *de novo* review of the issues raised, adopts in full the Report and Recommendation (Doc.# 150 ) and GRANTS the Government's Motions

  IT IS SO ORDERED.

                  *S/Christopher A. Boyko*
                  CHRISTOPHER BOYKO
                  UNITED STATES DISTRICT JUDGE

Dated: December 12, 2008