IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR582 |
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | |
| DANIEL JOSIC, | ) ) | **ORDER OF FORFEITURE OF SUBSTITUTE PROPERTY: 1565 SCENIC HOLLOW** |
| Defendant. | ) | <u>**DRIVE, ROCHESTER HILLS, MICHIGAN**</u> |

The Preliminary Order of Forfeiture [Dkt. No. 52] is hereby AMENDED to provide: The residential property located at 1565 Scenic Hollow Drive, Rochester Hills, Oakland County, Michigan (Permanent Parcel Number 15-04-206-009), is hereby forfeited to the United States under 21 U.S.C. § 853(p) and Rule 32.2(e) of the Federal Rules of Criminal Procedure as substitute property.

Further, it is also ORDERED as follows:

1.) Pursuant to 21 U.S.C. § 853(n) and Rule 32.2(e)(2) of the Federal Rules of Criminal Procedure, the United States shall initiate an ancillary [forfeiture] proceeding. Particularly, the Untied States shall provide written notice of this order to any

third parties potentially having an interest in the substitute property.

2.) Under 21 U.S.C. § 853(p)(2), the United States may seek the forfeiture of additional substitute property, up to the value of $500,000.00.

/s/ Christopher A. Boyko
Christopher A. Boyko
United States District Judge

Date: 12/15/08